# Third District Court of Appeal

**State of Florida**

Opinion filed December 03, 2014.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D14-688
Lower Tribunal No. 2000-CF-316-M
_____

**Larry Leatherwood,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Monroe County, Luis M. Garcia, Judge.

Larry Leatherwood, in proper person.

Pamela Jo Bondi, Attorney General, for appellee.

Before ROTHENBERG, FERNANDEZ, and LOGUE, JJ.

PER CURIAM.

This is an appeal of an order summarily denying a motion under Florida

Rule of Criminal Procedure 3.850. On appeal from a summary denial, this Court must reverse unless the postconviction record, <u>see</u> Fla. R. App. P. 9.141(b)(2)(A), shows conclusively that the appellant is entitled to no relief. <u>See</u> Fla. R. App. P. 9.141(b)(2)(D).

Because the record now before us fails to make the required showing, we reverse the order and remand for further proceedings. If the trial court again enters an order summarily denying the postconviction motion, the court shall attach record excerpts conclusively showing that the appellant is not entitled to any relief.

Reversed and remanded for further proceedings.